# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER BRADLEY, et al.,<br><br>Defendants. | No. 2:17-cv-2484 MCE CKD P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 12) is granted; and
2. Plaintiff is granted thirty days from the date of the district judge's order ruling on the May 23, 2018, findings and recommendations in which to file an amended complaint.

Dated: August 6, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/seko2484.36