UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER BRADLEY, et al.,<br><br>Defendant. | No. 2:17-cv-2484 MCE CKD P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 23, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 9. Plaintiff has filed objections to the findings and recommendations. ECF No. 11.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 23, 2018, ECF No. 9, are ADOPTED IN FULL;

2. Defendant Hang is DISMISSED with prejudice from this civil action based on the duplicative nature of the allegations in the Complaint;

3. The due process claim against Defendant Bradley for issuing Plaintiff a false rules violation report is DISMISSED without leave to amend; and,

4. The official capacity claims against Defendants Bradley and Santillan are DISMISSED without leave to amend.

IT IS SO ORDERED.

Dated: September 1, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE