UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ETUATE SEKONA,

    Plaintiff,

v.

BRADLEY, et al.,

    Defendants.

No. 2:17-cv-02484 MCE CKD P

ORDER

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Currently pending before the court is plaintiff's June 25, 2018 motion styled as a "T.R.O. for obstruction of access to the court." ECF No. 10. In the motion, plaintiff asks the court to pardon his late objections to the May 23, 2018 Findings and Recommendations because the prison's librarian did not copy them in a timely fashion. Id. The objections were filed on the same day as his motion. See ECF No. 11. In light of the court's receipt of plaintiff's objections and the district judge's consideration thereof, the motion is now moot. See ECF No. 15 (Order reviewing plaintiff's objections and adopting Findings and Recommendations).

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a temporary restraining order (ECF No. 10) is denied as moot.

////

////

1

Dated: September 21, 2018

                                            _/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/seko2484.docx